Citizens First National Bank of Frankfort, New York, Respondent, v. Bernard D. Brennan, Appellant, Impleaded with John L. Callahan and

Another, Defendants.— Order affirmed, with ten dollars costs and disbursements. All concur. (The order strikes out the answer and amended answer and grants summary judgment for plaintiff in an action on a promissory note.) Present — Sears, P. J., Taylor, Thompson, Crosby and Lewis, JJ.